**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AARON FRANKEL, Derivatively on Behalf of Nominal Defendant ADAPTHEALTH CORP., | ) |
| | ) Case No. ______________ |
| Plaintiff, | ) |
| v. | ) |
| RICHARD BARASCH, LUKE MCGEE, STEPHEN P. GRIGGS, JASON A. CLEMENS, SHAW RIETKERK, WENDY RUSSALESI, RODNEY CARSON, FRANK J. MULLEN, GREG BELINFANTI, TERENCE CONNORS, BRADLEY COPPENS, TED LUNDBERG, JOSHUA PARNES, SUSAN WEAVER, DAVID S. WILLIAMS III, DALE WOLF, and ALAN QUASHA, | ) |
| Defendants, | ) |
| and | ) |
| ADAPTHEALTH CORP., | ) |
| Nominal Defendant. | ) |

**ORDER**

Upon application of plaintiff Aaron Frankel ( "Plaintiff"), and for good cause shown,

IT IS HEREBY ORDERED this 7th day of January, 2026, that Plaintiff may have his Verified Stockholder Derivative Complaint ( the "Complaint") in the above-captioned action under seal.

IT IS HEREBY FURTHER ORDERED that Plaintiff will promptly provide AdaptHealth Corp. ("AdaptHealth") with the unredacted Complaint for its review for any information AdaptHealth believes to be non-public, confidential, proprietary, or commercially sensitive.

Thereafter, Plaintiff will promptly submit a public version of the Complaint that redacts only the limited references to confidential information obtained through Plaintiff's Section 220 demand.

**IT IS SO ORDERED and GRANTED** this 7th day of January, 2026.



HON. MIA R. PEREZ
United States District Court Judge